FILED

AUG 15 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KARLUK M. MAYWEATHERS;
DIETRICH J. PENNINGTON;
JESUS JIHAD; TERRANCE MATHEWS;
ASWAD JACKSON; ANSAR KEES,
individually and on behalf of
all others similarly situated,

        Plaintiffs,

  v.

CALVIN TERHUNE; A.C. NEWLAND;
BARRY SMITH; BONNIE GARIBAY;
N. FRY; M.E. VALDEZ; N. BENNETT;
and F.X. CHAVEZ,

        Defendants.
_____/

NO. CIV. S-96-1582 LKK/GGH P

O R D E R

    The court is in receipt of a document styled as a "Motion for Clarification of Law and Motion for Court Order Warden to Comply with the Law" filed by Amaeshi Nwozuzu, who avers that he is a class member in the above-captioned case. Because the class in the above-captioned case is represented by counsel, all motions must be brought by and through counsel. Accordingly, the motion will

1

1  be DISREGARDED.

2  The court hereby ORDERS as follows:

3  1.  The Clerk is directed to SERVE a copy of the motion on
4  class counsel.

5  2.  The Clerk is directed to SERVE a copy of this order on
6  Mr. Nwozuzu at:

7  Amaeshi Nwozuzu
   K-69564 A-3-130L
8  High Desert State Prison
   Susanville, CA  96127
9
   IT IS SO ORDERED
10
   DATED: August 11, 2005
11
                                    /s/Lawrence K. Karlton
12                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
13                                  UNITED STATES DISTRICT COURT

2